1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
    LITIGATION
9   _____/     MDL. No. 1827

10       This Order Relates to:                    **ORDER GRANTING PLAINTIFFS'**
                                                    **MOTION TO CERTIFY UNDER 28 U.S.C.**
11  *AT&T Mobility LLC et al. v. AU Optronics*      **§ 1292(b)**
    *Corp., et al.*, C 09-4997 SI
12
                                                /
13

14

15          On February 17, 2011, the Court held a hearing on plaintiffs' motion to certify under 28 U.S.C.

16  § 1292.  Plaintiffs seek to certify the Court's order of November 12, 2010 dismissing in part plaintiffs'

17  second amended complaint.  Specifically, plaintiffs seek review of the question whether the application

18  of California antitrust law to claims against defendants based on purchases that occurred outside

19  California would violate the Due Process Clause of the United States Constitution.

20          The Court finds that plaintiffs' motion is timely and that plaintiffs have shown that an

21  interlocutory appeal is appropriate.  The question is controlling because it governs the scope of

22  plaintiffs' claims in this case, there is substantial ground for difference of opinion, and an immediate

23  appeal would materially advance plaintiffs' case.  In addition, this threshold issue of whether the

24  Cartwright Act applies to out-of-state purchases has been raised in other cases in this MDL.  Finally,

25  plaintiffs state that they will not seek a stay pending an interlocutory appeal, and thus there will be no

26  delay in this litigation if the Ninth Circuit permits the appeal.

27

28

**United States District Court**
For the Northern District of California

1    Accordingly, the Court GRANTS plaintiffs' motion to certify under 28 U.S.C. § 1292(b).

2    (Docket Nos. 2310 & 2318).

3

4    **IT IS SO ORDERED.**

5

6    Dated: March 4, 2011

7                                                    SUSAN ILLSTON
                                                     United States District Judge