the application was not completed correctly. Counsel shall resubmit with all the information necessary

**DENIED**
*Judge Susan Illston*

**RECEIVED**
MAR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY LLC, et al.,

    Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

    Defendant.

CASE NO. 09-cv-4997 SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Donald H. Mullins, whose business address and telephone number is

701 Fifth Avenue, Suite 4750,
Seattle, WA 98104
206-621-6566

and who is an active member in good standing of the bar of Washington State

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing HannStar Display Corporation

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                  United States District Judge