IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC, et al., | CASE NO. 09-cv-4997 SI |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendant. | |

Mark K. Davis , whose business address and telephone number is

701 Fifth Avenue, Suite 4750
Seattle, WA 98104
206-621-6566

and who is an active member in good standing of the bar of Washington State having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing HannStar Display Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/11/11

_____
United States District Judge