**FILED**

MAY 10 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

MAY 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AT&T MOBILITY LLC; et al., | No. 11-80070 |
|---|---|
| Plaintiffs - Petitioners, | D.C. No. 3:09-cv-04997-SI |
| | Northern District of California, |
| v. | San Francisco |
| AU OPTRONICS CORPORATION; et al., | ORDER |
| Defendants - Respondents. | |

Before: RYMER and CALLAHAN, Circuit Judges.

The motion for leave to file a reply to the answer to this petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AM/MOATT