FILED

UNITED STATES COURT OF APPEALS

MAY 10 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AT&T MOBILITY LLC; et al.,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>AU OPTRONICS CORPORATION; et al.,<br><br>        Defendants - Respondents. | No. 11-80070<br><br>D.C. No. 3:09-cv-04997-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: RYMER and CALLAHAN, Circuit Judges.

The motion for leave to file a reply to the answer to this petition is granted.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AM/MOATT