IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates to Direct Action cases filed by:<br><br>Motorola Mobility, Inc.; AT&T Mobility LLC; Target Corporation; Costco Wholesale Corp.; Eastman Kodak Company; and Best Buy Co., Inc., *et al*. | Case Nos. C 09-5840 SI; C 09-4997 SI; C 10-4945 SI; C 10-0058 SI; C 10-5452 SI; C 10-4572<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO STRIKE AND MOTION TO SHORTEN TIME** |

Plaintiffs have filed two motions: one to strike several of defendants' motions for summary judgment[1], and one to shorten time. Pursuant to Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument.

Pursuant to the Court's Standing Order, defendants are GRANTED leave to file their motions for summary judgment. Accordingly, the Court DENIES both of plaintiffs' motions. Master Docket Nos. 6117 and 6118.

**IT IS SO ORDERED.**

Dated: July 10, 2012

SUSAN ILLSTON
United States District Judge

---

[1] Master Docket Nos. 5417, 5849, 5869, 5875, 5979, 5985, 6020, 6054, 6080, 6083, 6093, and 6111.