Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jlevine@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiffs AT&T Mobility, LLC, et al.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* No. 09-cv-4997-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>**STIPULATION OF DISMISSAL** |

1   Plaintiffs AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc, BellSouth
2   Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T
3   Datacomm, Inc., and Southwestern Bell Telephone Company (collectively "AT&T") and
4   Defendant CE Business Unit, SANYO Electric Co., Ltd., previously Sanyo Consumer Electronics
5   Co., Ltd. ("Sanyo"), by and through their respective attorneys, hereby stipulate to a dismissal of
6   this action as to defendant Sanyo with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of
7   Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not
8   affect the rights or claims of AT&T against any other defendant or alleged co-conspirator in the
9   above-captioned litigation.

10   WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
11  Dismissal.

12  **IT IS SO STIPULATED.**

14  Dated: December 19, 2012                              */s/ Jerome A. Murphy*

15                                                       Jeffrey H. Howard (pro hac vice)
                                                         Jerome A. Murphy (pro hac vice)
16                                                       CROWELL & MORING LLP
                                                         1001 Pennsylvania Avenue, N.W.
17                                                       Washington, D.C. 20004
                                                         Telephone:  202-624-2500
18                                                       Facsimile:  202-628-5116
                                                         Email: jhoward@crowell.com
19                                                                jmurphy@crowell.com

20                                                       Jason C. Murray (CA Bar No. 169806)
                                                         Janet I. Levine (CA Bar No. 94255)
21                                                       Joshua C. Stokes (CA Bar No. 220214)
                                                         CROWELL & MORING LLP
22                                                       515 South Flower St., 40th Floor
                                                         Los Angeles, CA  90071
23                                                       Telephone:  213-622-4750
                                                         Facsimile:  213-622-2690
24                                                       Email: jmurray@crowell.com
                                                                jlevine@crowell.com
25                                                              jstokes@crowell.com

26                                                       Kenneth L. Adams (pro hac vice)
                                                         R. Bruce Holcomb (pro hac vice)
27                                                       Christopher T. Leonardo (pro hac vice)
                                                         ADAMS HOLCOMB LLP
28                                                       1875 Eye Street NW

Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Counsel for Plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc., BellSouth Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T Datacomm, Inc., and Southwestern Bell Telephone Company*

Dated: December 19, 2012                    /s/ Nick S. Verwolf

Allison A. Davis
Sanjay Nangia
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
sanjaynangia@dwt.com

Nick S. Verwolf
Davis Wright Tremaine LLP
777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for CE Business Unit, SANYO Electric Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.