UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* No. 09-cv-4997-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>[PROPOSED] ORDER |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Claims asserted by Plaintiffs AT&T Mobility LLC, AT&T Corp., AT&T Services, Inc, BellSouth Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T Datacomm, Inc., and Southwestern Bell Telephone Company against Defendants Sharp Corporation and Sharp Electronics Corporation are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees.

3. This Order does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO ORDERED.**

This __20__ day of __Dec__, 2012

_____
Hon. Susan Y. Illston
United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW