Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jlevine@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiffs AT&T Mobility, LLC, et al.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* No. 09-cv-4997-SI | Master Docket No. C M:07-01827 SI<br><br>MDL No. 1827<br><br>**STIPULATION OF DISMISSAL** |

1    Plaintiffs AT&T Mobility, LLC, AT&T Corp., AT&T Services, Inc, BellSouth
2  Telecommunications, Inc., Pacific Bell Telephone Co., AT&T Operations, Inc., AT&T
3  Datacomm, Inc., and Southwestern Bell Telephone Company (collectively "AT&T") and
4  Defendants LG Display Co. Ltd. and LG Display America, Inc. (collectively "LG Display"); AU
5  Optronics Corporation and AU Optronics Corporation America (collectively "AUO"); Toshiba
6  Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information
7  Systems, Inc., and Toshiba Mobile Display Co., Ltd. (collectively "Toshiba"); and Chi Mei
8  Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei
9  Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen
10 Mediatech USA, Inc. (collectively "CMO"), by and through their respective attorneys, hereby
11 stipulate to a dismissal of this action as to LG Display, AUO, Toshiba, and CMO with prejudice,
12 pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own
13 costs and attorneys' fees.
14   WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
15 Dismissal.
16   **IT IS SO STIPULATED.**

Dated: January 4, 2013               */s/ Jerome A. Murphy*

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
          jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com

|    |    |
|----|----|
| 1  | jlevine@crowell.com |
| 2  | jstokes@crowell.com |
| 3  | Kenneth L. Adams (pro hac vice) |
|    | R. Bruce Holcomb (pro hac vice) |
| 4  | Christopher T. Leonardo (pro hac vice) |
|    | ADAMS HOLCOMB LLP |
| 5  | 1875 Eye Street NW |
|    | Washington, DC 20006 |
| 6  | Telephone:  202-580-8822 |
|    | Facsimile: 202-580-8821 |
| 7  | Email:  adams@adamsholcomb.com |
|    |        holcomb@adamsholcomb.com |
| 8  |        leonardo@adamsholcomb.com |

1  jlevine@crowell.com
   jstokes@crowell.com

2

3  Kenneth L. Adams (pro hac vice)
   R. Bruce Holcomb (pro hac vice)
   Christopher T. Leonardo (pro hac vice)
4  ADAMS HOLCOMB LLP
   1875 Eye Street NW
5  Washington, DC 20006
   Telephone:  202-580-8822
6  Facsimile: 202-580-8821
   Email:  adams@adamsholcomb.com
7          holcomb@adamsholcomb.com
           leonardo@adamsholcomb.com
8

9  *Counsel for Plaintiffs AT&T Mobility LLC,*
   *AT&T Corp., AT&T Services, Inc., BellSouth*
10 *Telecommunications, Inc., Pacific Bell*
   *Telephone Co., AT&T Operations, Inc., AT&T*
11 *Datacomm, Inc., and Southwestern Bell*
   *Telephone Company*
12

13 Dated:  January 4, 2013                    /s/ Michael Robert Lazerwitz

14                                            Michael Robert Lazerwitz
                                              Cleary Gottlieb Steen & Hamilton
15                                            2000 Pennsylvania Ave. NW
                                              Suite 900
16                                            Washington, DC 20006
                                              Telephone:   (202) 974-1500
17                                            Facsimile:   (202) 974-1600
                                              Email: mlazerwitz@cgsh.com
18

19                                            Gregory J. Weingart
                                              Munger Tolles and Olson LLP
20                                            355 S. Grand Avenue
                                              35th Floor
21                                            Los Angeles, CA 90071
                                              Telephone:   (213) 683-9100
22                                            Facsimile:   (213) 687-3702
                                              Email: gregory.weingart@mto.com

23                                            Jerome Cary Roth
                                              Munger Tolles and Olson LLP
24                                            560 Mission Street
                                              27th Floor
25                                            San Francisco, CA 94105
                                              Telephone: (415) 512-4000
26                                            Facsimile: (415) 512-4077
                                              Email: Jerome.Roth@mto.com
27

28                                            *Counsel for Defendants LG Display Co. Ltd.*

*and LG Display America, Inc.*

Dated:  January 4, 2013          */s/ Carl L. Blumenstein*

Carl L. Blumenstein
Christopher A. Nedeau
Nossaman LLP
50 California Street, 34th FL
San Francisco, CA 94111
Telephone:   (415) 398-3600
Facsimile:    (415) 398-2438
Email: cblumenstein@nossaman.com
           cnedeau@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

Dated:  January 4, 2013          */s/ Christopher M. Curran*

Christopher M. Curran
Martin M. Toto
John H. Chung
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113
Email: ccurran@whitecase.com
           mtoto@whitecase.com
           jchung@whitecase.com

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

Dated:  January 4, 2013          */s/ Harrison J. Frahn, IV*

|   |   |
|---|---|
| 1 | Harrison J. Frahn, IV |
| 2 | Simpson Thacher & Bartlett <br> 2475 Hanover Street <br> Palo Alto, CA 94304 |
| 3 | Telephone: (650) 251-5025 <br> Facsimile: (650) 251-5002 |
| 4 | Email: hfrahn@stblaw.com |

*Counsel for Defendants Chi Mei Corporation, Chi Mei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.