

**FILED**

**FEB 14 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AT&T MOBILITY LLC; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AU OPTRONICS CORPORATION; et al.,<br><br>        Defendants - Appellees. | No. 11-16188<br><br>D.C. No. 3:09-cv-04997-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD and M. SMITH, Circuit Judges, and DUFFY, District Judge.[*]

      Appellees' Motion to Take Judicial Notice and Supplement Record on Appeal (D.E. 43) is DENIED. Appellants' Motion to Take Judicial Notice and Supplement Record on Appeal (D.E. 44) is DENIED.

---

    [*]    The Honorable Kevin Thomas Duffy, District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.